**Electronically Filed
Intermediate Court of Appeals
30487
29-DEC-2011
07:54 AM**

NO. 30487

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


GREGORY NAGAO, Petitioner-Appellant,
v.
STATE OF HAWAI'I, Respondent-Appellee.


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(SPP NO. 09-1-0093 (CR NO. 94-1501))


ORDER OF CORRECTION
(By: Nakamura, Chief Judge, for the court[1/])

The Summary Disposition Order, filed on November 30, 2011, is hereby corrected as follows:

1.    On page 2, in the sixth line of the first paragraph in Section I., the word "of" should be inserted between the words "use" and "a" so that as corrected, the text reads: ". . . Nagao's use of a firearm . . . ."

2.    On page 3, in the second line of the first paragraph in Section II., the word "the" between "denying" and "Nagao's" should be deleted so that as corrected, the text reads: ". . . in denying Nagao's Petition . . . ."

3.    On page 5, in the twenty-third line, the acronym "ADEPA" should be corrected to read "AEDPA".

---

[1/] Nakamura, Chief Judge, and Fujise and Reifurth, JJ.

4.    On page 7, in the ninth line, the word "on" should be inserted between the words "based" and "the" so that as corrected, the text reads: ". . . based on the erroneous advice . . . ."

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawai'i, December 29, 2011.

FOR THE COURT:

*Craig H. Nakamura*

Chief Judge